<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Rio Del Pilar, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-3027553 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 720 Dinsmore Ranch Road<br>Rio Dell, CA 95562 | PO Box 121<br>Rio Dell, CA 95562 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Humboldt | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   None.

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 25-10467   Doc# 1   Filed: 07/31/25   Entered: 07/31/25 04:43:24   Page 1 of 10

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     1121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

☒ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | Northern District of California | When 6/12/25 | Case number 25-10355 WJL 11 |
| District | | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

### Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     July 30, 2025
                MM / DD / YYYY

X  /s/  Christopher Cortazar                          Christopher Cortazar
   Signature of authorized representative of debtor    Printed name

Title    Special Manager

**18. Signature of attorney**

X  /s/ Andy Warshaw                          Date    July 30, 2025
   Signature of attorney for debtor                   MM / DD / YYYY

Andy Warshaw
Printed name

DiMarco Warshaw, APLC
Firm name

PO Box 704
San Clemente, CA 92674
Number, Street, City, State & ZIP Code

Contact phone    (949) 345-1455        Email address    andy@dimarcowarshaw.com

263880 CA
Bar number and State

Case: 25-10467    Doc# 1    Filed: 07/31/25    Entered: 07/31/25 04:43:24    Page 4 of 10

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Rio Del Pilar, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Christopher Cortazar PO Box 121 Rio Dell, CA 95562 | | Prepaid land transfer of 5 acres at 720 Dinsmore Ranch property. Lane transfer obligation of 20 acres in exchange for services rendered | | | | $0.00 |
| David Shackelford PO Box 121 Rio Dell, CA 95562 | | Land purchase agreement | | | | $0.00 |
| Humboldt County Tax Collector 825 5th St #125 Eureka, CA 95501 | | 720 Dinsmore Ranch Road, Rio Dell, CA 95562 | | | | $115,000.00 |
| Mark Sharf 6080 Center Dr., #600 Los Angeles, CA 90045 | | | | | | $0.00 |
| Melchor Cajuana PO Box 121 Rio Dell, CA 95562 | | Agricultural labor services plus 5 acres already paid | | | | $26,000.00 |
| Whitechurch Engineering 610 9th St. Fortuna, CA 95540 | | Perk tests | | | | $3,433.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Benjamin Levinson
4100 Moorpark Ave., Suite 233
San Jose, CA 95117


Christopher Cortazar
PO Box 121
Rio Dell, CA 95562


David Shackelford
PO Box 121
Rio Dell, CA 95562


Dinsmore Plateau Farms, LLC
21563 John Born Road
Penn Valley, CA 95946


Humboldt County Tax Collector
825 5th St #125
Eureka, CA 95501


Mark Sharf
6080 Center Dr., #600
Los Angeles, CA 90045


Melchor Cajuana
PO Box 121
Rio Dell, CA 95562


Melchor Cuhuana Duche
720 Dinsmore Ranch Road
Rio Dell, CA 95562

```
Redwood Trust Deed Services
3550 Round Barn Blvd
Suite 203
Santa Rosa, CA 95403


Whitechurch Engineering
610 9th St.
Fortuna, CA 95540
```

## United States Bankruptcy Court
### Northern District of California

In re    Rio Del Pilar, LLC _____

                                 Debtor(s)

Case No. _____

Chapter     11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned party for ___ Rio Del Pilar, LLC ___ in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None

July 30, 2025
_____
Date

_Christopher Cortazar (signature)_
_____
Christopher Cortazar
Authorized signer for Debtor

_____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Rio Del Pilar, LLC                                  Case No. _____

                                         Debtor(s)            Chapter     11 _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Christopher Cortazar, declare under penalty of perjury that I am the Special Manager of Rio Del Pilar, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the _29th_ day of _July_, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Christopher Cortazar, Special Manager of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Christopher Cortazar, Special Manager of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Christopher Cortazar, Special Manager of this Corporation is authorized and directed to employ Andy Warshaw, attorney and the law firm of DiMarco Warshaw, APLC to represent the corporation in such bankruptcy case."

Date    July 30, 2025                              Signed    _/s/ Christopher Cortazar_
                                                                Christopher Cortazar

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

Resolution of Board of Directors
of
Rio Del Pilar, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Christopher Cortazar, Special Manager of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Christopher Cortazar, Special Manager of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Christopher Cortazar, Special Manager of this Corporation is authorized and directed to employ Andy Warshaw, attorney and the law firm of DiMarco Warshaw, APLC to represent the corporation in such bankruptcy case.

Date    July 30, 2025                          Signed _____

Date    July 30, 2025                          Signed _____

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com                                  Best Case Bankruptcy